AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1:
18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud
Counts 2,3,4,5 and 6
18 U.S.C. § 1341 - Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Imprisonment: 20 Years
Maximum Fine: $250,000
Maximum Supervised Release: 3 Years
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ MIGUEL IBARRIA

DISTRICT COURT NUMBER
CR12-00862  YGR

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form       MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         STEPHEN G. CORRIGAN, AUSA

**DEFENDANT**

IS **NOT** IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/14/2012 @ 9:30 am     Before Judge: Kandis A. Westmore

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1:
18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud
Counts 2, 3, 4 and 5:
18 U.S.C. § 1341 - Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Imprisonment: 20 Years
Maximum Fine: $250,000
Maximum Supervised Release: 3 Years
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ BRIAN FEDERICO

DISTRICT COURT NUMBER

CR12-00862 YGR

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    STEPHEN G. CORRIGAN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction     } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    } If "Yes"
been filed?  ☐ No       give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**— OFFENSE CHARGED —**

Count 1:
18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud
Count 2:
18 U.S.C. § 1341 - Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Imprisonment: 20 Years
Maximum Fine: $250,000
Maximum Supervised Release: 3 Years
Special Assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
DEC - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**— DEFENDANT - U.S —**
▶ KEVIN LANEY

DISTRICT COURT NUMBER
CR12-00862 YGR

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    STEPHEN G. CORRIGAN, AUSA

**— DEFENDANT —**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1:
18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud
Count 3:
18 U.S.C. § 1341 - Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Imprisonment: 20 Years
Maximum Fine: $250,000
Maximum Supervised Release: 3 Years
Special Assessment: $100

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC - 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ BRANDON HOURMOUZUS

DISTRICT COURT NUMBER
CR12-00862 YGR

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   STEPHEN G. CORRIGAN, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/14/2012 @ 9:30 am    Before Judge: Kandis A. Westmore

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC - 6 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

Count 1:
18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud
Count 6:
18 U.S.C. § 1341 - Mail Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Imprisonment: 20 Years
Maximum Fine: $250,000
Maximum Supervised Release: 3 Years
Special Assessment: $100

### DEFENDANT - U.S
▶ CHARLES BURNETTE

DISTRICT COURT NUMBER
**CR12-00862 YGR**

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  **MELINDA HAAG**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  **STEPHEN G. CORRIGAN, AUSA**

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 12/14/2012 @ 9:30 am    Before Judge: Kandis A. Westmore

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

CR12-00862 YGR

UNITED STATES OF AMERICA,

V.

MIGUEL IBARRIA,
BRIAN FEDERICO,
KEVIN LANEY,
BRANDON HOURMOUZUS, and
CHARLES BURNETTE,

**FILED**

DEC - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

---

**INDICTMENT**

---

18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud;
18 U.S.C. § 1341 - Mail Fraud;
18 U.S.C. § 981(a)(1)(C) - Forfeiture

A true bill.

_____ Foreman

Filed in open court this 6TH day of Dec 2012

_____ Clerk

Bail, $ no bail warrants Federico & Laney
Summons for remaining Defendants

1  MELINDA HAAG (CASBN 132612)
   United States Attorney



**FILED**

DEC - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR12-00862 YGR |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 - Mail Fraud; 18 U.S.C. § 981(a)(1)(C) - Forfeiture |
| v. | ) | |
| MIGUEL IBARRIA, BRIAN FEDERICO, KEVIN LANEY, BRANDON HOURMOUZUS, and CHARLES BURNETTE, | ) | OAKLAND VENUE |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1. Matrix Services, Inc. ("Matrix") was a full-service industrial contractor headquartered in Tulsa, Oklahoma, with regional offices in nine states, including offices in Suisun City and Orange, California. Matrix provided engineering, fabrications, construction repair and maintenance services to energy and industrial markets.

2. Defendant KEVIN LANEY was employed by Matrix as a senior project manager, initially in Pittsburg, California, and then in Suisun City, California. Matrix project managers

INDICTMENT



District Court
Criminal Case Processing

were authorized to hire subcontractors, procure materials, and approve invoices for payment.

3. Defendants CHARLES BURNETTE and BRANDON HOURMOUZUS were employed as Matrix project managers in the Suisun City, California office. LANEY supervised BURNETTE and HOURMOUZUS (collectively "the Matrix project managers.")

4. Imperial Shotcrete, Inc. ("Imperial") was an approved Matrix vendor that provided and performed concrete work on numerous Matrix projects involving major oil refineries in the San Francisco Bay Area. Defendant MIGUEL IBARRIA and his wife founded Imperial which was headquartered in Livermore, California.

5. Defendant BRIAN FEDERICO was an employee of Imperial.

## THE SCHEME TO DEFRAUD MATRIX

6. IBARRIA, FEDERICO, LANEY, HOURMOUZUS, and BURNETTE defrauded Matrix by knowingly submitting or causing to be submitted, false and inflated invoices to Matrix that exceeded the actual work performed and the materials used. Each defendant used the profits for his individual benefit.

7. FEDERICO, LANEY, HOURMOUZUS, and BURNETTE submitted false invoices in the names of legitimate existing businesses and in the names of businesses created specifically for the purpose of perpetuating the fraud on Matrix. FEDERICO used the name of an existing business, APL, without APL's knowledge or consent, and also used a business entity called Construction Equipment Materials Services (CEMS) that he had previously created; LANEY created Rogue Consultants; BURNETTE created Burnette Engineering Resources, LLC ("BER"); and HOURMOUZUS created Hourmouzus and Sons, LLC ("Hourmouzus and Sons"). (These businesses will be collectively referred to as "the businesses.")

8. IBARRIA marked up the false invoices received by Imperial from the co-defendants for the businesses and passed the inflated false invoices onto Matrix knowing that they were fraudulent. Matrix paid the invoices submitted by Imperial and IBARRIA in turn paid the appropriate co-defendants after taking IBARRIA's mark-up as personal profit.

9. While employed at Imperial, FEDERICO submitted fraudulent invoices to Imperial in the name of APL, falsely representing that APL had used materials as a subcontractor hired by

INDICTMENT
2

Imperial to work on Matrix projects. IBARRIA marked up the false APL invoices and passed them onto Matrix. APL had no knowledge of the false invoices and did not give FEDERICO or IBARRIA consent to use its name.

<u>COUNT ONE</u>: (18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud)

10. Paragraphs 1 through 10 are realleged as if fully set forth herein.

11. Beginning on a date unknown to the Grand Jury, but no later than in or about 2006, and continuing to in or about August 2010, in the Northern District of California and elsewhere, the defendants,

MIGUEL IBARRIA,<br>
BRIAN FEDERICO,<br>
KEVIN LANEY,<br>
BRANDON HOURMOUZUS, and<br>
CHARLES BURNETTE,

knowingly conspired to defraud Matrix by submitting fraudulent invoices for materials used and work performed by the businesses knowing that the materials had not been used and the work had not been performed, and in furtherance of the scheme to defraud did use or cause mailings, in violation of 18 U.S.C. § 1341; all in violation of Title 18, United States Code, Section 1349.

<u>COUNTS TWO THROUGH SIX</u>: (18 U.S.C. § 1341 - Mail Fraud)

12. Paragraphs 1 through 10 are realleged as if fully set forth herein.

13. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendants listed below, having devised a scheme and artifice to defraud, and to obtain money and property from victims by means of materially false and fraudulent pretenses, representations, and promises, and by material omissions, did, for the purpose of executing their scheme and artifice to defraud, knowingly cause the mail matter listed below to be deposited, sent, and delivered by the United States Postal Service and interstate carriers:

//
//
//

| | | | |
|---|---|---|---|
| TWO | IBARRIA FEDERICO LANEY | 12/07/2007 | Matrix check no. 25665662, in the amount of $90,000, made payable to Imperial |
| THREE | IBARRIA FEDERICO HOURMOUZUS | 7/25/2008 | Matrix check. no. 25673025, in the amount of $46,645, made payable to Imperial |
| FOUR | IBARRIA FEDERICO | 8/21/2008 | Matrix check no. 25673918, in the amount of $98,780, made payable to Imperial |
| FIVE | IBARRIA FEDERICO | 9/11/2008 | Matrix check no. 25674577, in the amount of $6,930.15, made payable to Imperial |
| SIX | IBARRIA BURNETTE | 4/23/2010 | Matrix check no. 25691214, in the amount of $179,721.80, made payable to Imperial |

Each in violation of Title 18, United States Code, Section 1341.

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

14. The allegations of Counts One through Six of this Indictment are realleged as if fully set forth herein.

15. Upon a conviction of any of the offenses alleged in Counts One through Six, the defendants,

> MIGUEL IBARRIA,
> BRIAN FEDERICO,
> KEVIN LANEY,
> BRANDON HOURMOUZUS,
> and
> CHARLES BURNETTE,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes and is derived from proceeds traceable to a violation of the offenses alleged in Counts One through Six.

16. If any of the property described above, as a result in any act of omission of the defendants:

INDICTMENT

4

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty,

any and all interest any defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED: December 6, 2012                    A TRUE BILL.

                                           FOREPERSON

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form: _____)
                      AUSA CORRIGAN

INDICTMENT

5