**Robert J. Beles** (Bar No. 41993)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Defendant Charles Burnette*

# United States District Court
## Northern District of California
### Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>CHARLES BURNETTE,<br><br>*Defendant*. | Case No. 4:12-cr-00862-YGR-5<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER PERMITTING TRAVEL |

**STIPULATION PERMITTING TRAVEL**

Mr. Burnette wishes to travel outside of California from his home in Orange County, in the Central District of California to the eastern states of Alabama, Georgia and Tennessee to visit mother and step-father prior to scheduled cancer operation on his step-father's larynx.

Mr. Burnette proposes to depart Orange County (John Wayne airport) for Chattanooga, Tennessee on Delta flight 1042 at 6:45 a.m. on Saturday, January 26, 2013, and return on Delta flight 5289, departing Chattanooga, Tennessee at 2:20 p.m. on Friday, February 1, 2013, arriving in Orange County, California at 6:09 p.m. Mr. Burnette previously purchased round-trip airfare through Delta Airlines on November 15, 2012.

On December 14, 2012, this Court released Mr. Burnette on a $100,000 non-secured personal recognizance bond, with a condition restricting travel within California only.

Accordingly, the parties agree and stipulate that Mr. Burnette's release conditions shall be modified to permit him to travel outside of California to the states of Alabama, Georgia and Tennessee, as proposed, from Saturday, January 26, 2013 to Friday, February 1, 2013.

1

**STIPULATION AND [P~~ROPOSED~~] ORDER PERMITTING TRAVEL**

**IT IS SO STIPULATED.**

January 10, 2013      /s/ RJB
Date      ROBERT J. BELES
Attorney for *Defendant*

January 10, 2013      /s/ SGC (as authorized on January 10, 2013)
Date      STEPHEN G. CORRIGAN
Assistant U.S. Attorney

## ORDER PERMITTING TRAVEL

The Court has read and considered the Stipulation Permitting Travel for Defendant Burnette and hereby finds that the Stipulation provides good cause to allow for a modification of defendant's Conditions of Release to permit travel.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders that defendant's release conditions shall be modified to permit him to travel from his home in the Central District of California to the eastern states of Alabama, Georgia and Tennessee, from Saturday, January 26, 2013 to Friday, February 1, 2013. All other conditions of release previously set will remain in effect.

**IT IS SO ORDERED.**

1/18/13      /s/ Kandis Westmore
Date      Honorable Kandis A. Westmore
United States Magistrate Judge
Northern District of California