MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: stephen.corrigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00862 YGR |
|    Plaintiff, | STIPULATION TO CONTINUE AND ORDER |
| v. | |
| MIGUEL IBARRIA, | |
|    Defendant. | |

The parties are next scheduled to appear before this Court on March 21, 2013 at 2:00 p.m. for status. The parties, United States of America and defendant Miguel Ibarria, through counsel of record, stipulate and agree that they have reached an agreement and request that the Court continue defendant Ibarria's March 21, 2013

////

appearance to April 4, 2013 at 2:00 p.m. for a change of plea.

IT IS SO STIPULATED.

DATED: March 18, 2013                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney


                                         _____/s/_____
                                         STEPHEN G. CORRIGAN
                                         Assistant United States Attorney


DATED: March 18, 2013                    _____/s/_____
                                         BRENT F. ROMNEY
                                         Counsel for Miguel Ibarria


IT IS SO ORDERED.

DATED:  March 20, 2013                   _____
                                         YVONNE GONZALEZ ROGERS
                                         United States District Court Judge