MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 12-0862-01 YGR |
|---|---|
| Plaintiff, | ) STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE SENTENCING |
| v. | ) |
| MIGUEL IBARRIA, | ) |
| Defendant. | ) |

    Defendant Miguel Ibarria has pleaded guilty pursuant to a cooperation agreement before this Court in a multi-defendant case. He is scheduled to be sentenced on November 7, 2013. The defendant has not ended his cooperation with the government, and moving forward with sentencing would not be appropriate at this time. Two defendants in this case have not pleaded guilty and have a status hearing before this Court on November 21, 2013. The probation officer has consulted about this stipulation and he does not object. Accordingly, the undersigned parties now stipulate and ask the Court to find and hold as follows:

//

//

//

ORDER CONTINUING SENTENCING
CR 12-0862-01 YGR

1. The sentencing hearing set for November 7, 2013 is rescheduled to January 16, 2014, at 2 pm. for a sentencing/status hearing.

2. This motion and order are to remained seal until further order of the court.

IT IS SO STIPULATED.

DATED: October 31, 2013

_____
BRENT F. ROMNEY
Counsel for Miguel Ibarria

DATED: October 31, 2013

_____
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11-1-2013

_____
YVONNE GONZALEZ ROGERS
United States District Judge

ORDER CONTINUING SENTENCING
CR 12-0862-01 YGR