TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

RUSSELL S. HUMPHREY SBN208744
1420 S. MILLS AVE, SUITE H
LODI, CA  95242
TEL. (209)625-8976
EMAIL. russell@humphreylawgroup.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  4:12-cr-00862-YGR |
| ) | |
| Plaintiff, ) | |
| ) | PRE-TRIAL CONFERENCE STATEMENT |
| v. ) | |
| ) | Date:  May 15, 2015 |
| BRIAN FEDERICO ) | Time:  2:00 p.m. |
| KEVIN LANEY, ) | Judge:  Yvonne Gonzalez Rogers |
| ) | |
| Defendant. ) | |

Defendant Brian Federico, represented by attorney Tim F. Tuitavuki and Kevin Laney, represented by attorney Russell S. Humphrey, respectfully submit this joint pretrial conference statement, pursuant to Criminal Local Rule 17.1-1 and the Court's pretrial orders.

**17.1-1(b)(1)   <u>Disclosure and contemplated use of statements or reports of witnesses under the Jencks Act, 18 U.S.C. § 3500, or Fed. R. Crim. P. 26.2</u>**

Not applicable to Defendants.

**17.1-1(b)(2)   <u>Disclosure and contemplated use of grand jury testimony of witnesses intended to be called at the trial</u>**

Not applicable to Defendants.

**17.1-1(b)(3)   <u>Disclosure of exculpatory or other evidence favorable to the defendant on the issue of guilt or punishment</u>**

The Defendants request disclosure of all exculpatory evidence

**17.1-1(b)(4)   <u>Stipulation of facts which may be deemed proved at the trial without further proof by either party and limitation of witnesses</u>**

The Defendants have entered into stipulations with the government on issues that are not in dispute.

**17.1-1(b)(5)   <u>Dismissal of counts and elimination from the case of certain issues, e.g., insanity, alibi and statute of limitations</u>**

The Defendants believe this section is not applicable at this time.

**17.1-1(b)(6)   <u>Joinder pursuant to Fed. R. Crim. P. 13 or the severance of trial as to any co-defendant</u>**

There does not appear to be a joinder issue and the parties have agreed to a joint bench trial, eliminating the severance issue.

**17.1-1(b)(7)   <u>Identification of informers, use of lineup or other identification evidence and evidence of prior convictions of defendant or any witness, etc.</u>**

The Defense requests prior convictions of all witnesses for impeachment purposes.

**17.1-1(b)(8)   <u>Pretrial exchange of lists of witnesses intended to be called in person or by deposition to testify at trial, except those who may be called only for impeachment or rebuttal</u>**

The Defense will provide a witness list of all potential witnesses.

**17.1-1(b)(9)   <u>Pretrial exchange of documents, exhibits, summaries, schedules, models or diagrams intended to be offered or used at trial, except materials that may be used only for impeachment or rebuttal</u>**

The Defense has provided exhibits thus far and will provide any additional exhibits.

**17.1-1(b)(10)** <u>**Pretrial resolution of objections to exhibits or testimony to be offered at trial**</u>

At this time, the Defense objects to certain FRE 404(b) evidence the Government intends to introduce and reserves the right to object to proffered 404(b) evidence based on relevance, prejudicial value outweighing probative value and all other objections that may apply.

**17.1-1(b)(11)** <u>**Preparation of trial briefs on controverted points of law likely to arise at trial**</u>

The Defense reserves the right to address these issues after sufficient review of the Government's trial memorandum.

**17.1-1(b)(12)** <u>**Scheduling of the trial and of witnesses**</u>

The Defense believes their case will last 3-4 days and will schedule witnesses based on this time frame.

**17.1-1(b)(13)** <u>**Request to submit questionnaire for prospective jurors pursuant to Crim. L.R. 24-1, voir dire questions, exercise of peremptory and cause challenges and jury instructions**</u>

Not applicable.

**17.1-1(b)(14)** <u>**Any other matter which may tend to promote a fair and expeditious trial.**</u>

The Defense reserves the right to amend their response in regards to this rule.

Respectfully Submitted,

Dated:  May 8, 2015
   /s/*Tim F. Tuitavuki*
TIM F. TUITAVUKI
Attorney for Brian Federico

Dated:  May 8, 2015
 (auth.05/08/15) *Russell S. Humphrey*
RUSSELL S. HUMPHREY
Attorney for Kevin Laney